AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>EATON, RICHARD K. | **2. Court or Organization**<br><br>U.S. COURT OF INTERNATIONAL TRADE | **3. Date of Report**<br><br>11/09/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (the assets of Trust # 1 are in two accounts listed as Trust and Trust II) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | New York Law School--Teaching | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Museum of the City of New York -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | September 16, 2015 | Washington, DC | Federal Judges Association Reception | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | | | | | | | | | |
| 2. CREF Stock Fund | B | Dividend | L | T | | | | | |
| 3. CREF Global Equities Fund | B | Dividend | L | T | | | | | |
| 4. CREF Global Fund | B | Dividend | L | T | | | | | |
| 5. Schwab Muni Money Fund (Mutual Fund) | | None | | | Sold | 01/05/15 | K | A | |
| 6. Berkshire Hathaway Common | | None | K | T | | | | | |
| 7. Goldman Sachs Common | A | Dividend | K | T | | | | | |
| 8. Valley National Bank Common | A | Dividend | J | T | | | | | |
| 9. Berkshire Hathaway Common (Held in IRA) | | None | N | T | | | | | |
| 10. Oaktree CAP GRP Mutual Fund (Held in IRA) | A | Dividend | J | T | Buy | 01/05/15 | J | | |
| 11. Schwab 1000 Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 12. Vanguard Div. Mutual Fund (Held in IRA) | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 13. Google Common (Held in IRA) (See Notes) | | None | | | Merged (with line 14) | 10/01/15 | | | |
| 14. Alphabet Common (Held in IRA) (See Notes - Merged) | | None | J | T | | 10/01/15 | J | | |
| 15. ABB Ltd. (Held in IRA) | A | Dividend | J | T | | | | | |
| 16. Ace Ltd. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 17. Ametek Inc. Common (Held in IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anadarko Pet (Held in IRA) | A | Dividend | J | T | | | | | |
| 19. Apple Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 20. Amazon Common (Held in IRA) | | None | J | T | | | | | |
| 21. American Exp. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 22. Blackrock Inc. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 23. Bristol-Myers Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 24. Cabot Oil & Gas Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 25. Cerner Corp. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 26. Chevron Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 27. Chubb Common (Held in IRA) | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 28. Comcast Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 29. Costco Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 30. Cytek Indus. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 31. Cummins Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 32. CVS Healthgrp Common (Held in IRA) | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 33. Disney Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 34. Dow Chemical (Held in IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Emerson Elec. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 36. Estee Lauder Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 37. Express Scripts Common (Held in IRA) | | None | J | T | | | | | |
| 38. Fortnet Common (Held in IRA) | | None | J | T | Buy | 01/08/15 | J | | |
| 39. Honeywell Common (Held in IRA | A | Dividend | J | T | | | | | |
| 40. Gilead Common (Held in IRA) | | None | J | T | | | | | |
| 41. LAM Research Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 42. McKesson Corp. Common (Held in IRA) | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 43. Mead Johnson (Held in IRA) | A | Dividend | J | T | | | | | |
| 44. Microsoft Common (Held in IRA) | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 45. Nestle (Held in IRA) | A | Dividend | J | T | | | | | |
| 46. Oracle (Held in IRA) | A | Dividend | J | T | | | | | |
| 47. T Rowe Price Common (Held in IRA) | | None | | | Sold | 01/05/15 | J | A | |
| 48. Mondelez Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 49. Novo-Nordisk Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 50. Regeneron Pharm. Common (Held in IRA) | | None | J | T | Buy | 08/06/15 | J | | |
| 51. Salesforce.com Common (Held in IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Bancorp Common (Held in IRA) | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 53. Diageo Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 54. JP Morgan Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 55. Merck (Held in IRA) | A | Dividend | J | T | | | | | |
| 56. Precision Cast. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 57. Qualcom Common (Held in IRA) | | None | | | Sold | 01/07/15 | J | A | |
| 58. Rockwell Aut. Common (Held in IRA) | A | Dividend | | | Sold | 11/04/15 | J | A | |
| 59. Schlumberger Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 60. United Parcel Common (Held in IRA) | A | Dividend | | | Sold | 11/10/15 | J | A | |
| 61. United Tech Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 62. VF Group Common (Held in IRA) | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 63. Wisdomtree ETF (Held in IRA) | A | Dividend | J | T | | | | | |
| 64. Vanguard Emerging Markets Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 65. Verizon Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 66. Valley National Bancorp Common | G | Dividend | P1 | T | | | | | |
| 67. Citibank Accounts | D | Interest | K | T | | | | | |
| 68. House, Cabin and Land, Park County, MT | D | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Laboratories Common | B | Dividend | L | T | | | | | |
| 70. ABBVIE Common | B | Dividend | K | T | | | | | |
| 71. Alphabet Common (See Notes) | | None | M | T | Merged (with line 87) | 10/01/15 | M | | |
| 72. Ametek Common | A | Dividend | K | T | | | | | |
| 73. Amer. Ex. Common | | None | | | Sold | 01/13/15 | L | A | |
| 74. Apple Common | D | Dividend | N | T | | | | | |
| 75. Avago Tech Common | A | Dividend | | | Sold | 08/12/15 | L | A | |
| 76. Bristol-Myers Common | B | Dividend | K | T | | | | | |
| 77. Broadcom Ltd. Common | B | Dividend | M | T | Buy | 10/06/15 | M | | |
| 78. Celgene Corp. Common | | None | L | T | Buy | 02/18/15 | L | | |
| 79. Cerner Corp. Common | | None | L | T | Buy | 05/13/15 | L | | |
| 80. Cytek Industries Common | A | Dividend | K | T | | | | | |
| 81. Cummins Common | | None | | | Sold | 01/05/15 | K | A | |
| 82. Costco Common | A | Dividend | K | T | | | | | |
| 83. Dupont Common | A | Dividend | | | Sold | 12/17/15 | K | A | |
| 84. Emerson Electric Common | B | Dividend | | | Sold | 11/12/15 | K | A | |
| 85. General Electric Common | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Gilead Sciences Common | | None | L | T | | | | | |
| 87. Google Common (See Notes - Merged) | | None | | | | 10/01/15 | | | |
| 88. Honeywell Common | B | Dividend | K | T | | | | | |
| 89. IBM Common | A | Dividend | | | Sold | 11/26/15 | K | A | |
| 90. Johnson Cont. Common | | None | | | Sold | 01/07/15 | L | A | |
| 91. JP Morgan Common | B | Dividend | L | T | | | | | |
| 92. Microchip Teck Common | B | Dividend | K | T | | | | | |
| 93. McDonalds Common | B | Dividend | L | T | | | | | |
| 94. McKesson Corp. Common | A | Dividend | L | T | Buy | 10/09/15 | L | | |
| 95. Mead Johnson | A | Dividend | | | Sold | 08/04/15 | K | A | |
| 96. Nike Common | A | Dividend | L | T | | | | | |
| 97. Praxair Common | | None | | | Sold | 01/06/15 | K | A | |
| 98. T Rowe Price Common | | None | | | Sold | 01/05/15 | K | A | |
| 99. Precision Cast. Common | A | Dividend | | | Sold | 12/08/15 | L | A | |
| 100. Philip Morris Common | B | Dividend | L | T | | | | | |
| 101. Qualcomm Common | B | Dividend | L | T | | | | | |
| 102. Schlumberger Ltd. Common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Starbucks Common | B | Dividend | L | T | Buy | 07/15/15 | L | | |
| 104. Rockwell Aut. Common | | None | | | Sold | 01/08/15 | K | A | |
| 105. Samsung Common | A | Dividend | K | T | | | | | |
| 106. Union Pacific Common | B | Dividend | L | T | Buy | 09/09/15 | L | | |
| 107. United Tech Common | A | Dividend | K | T | | | | | |
| 108. Verizon | A | Dividend | L | T | | | | | |
| 109. VF Corp. Common | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 110. Ace Ltd. Common | A | Dividend | L | T | | | | | |
| 111. Altria Group Inc. Common | C | Dividend | L | T | | | | | |
| 112. Amazon Common | | None | L | T | | | | | |
| 113. Anadarko Pet. Common | | None | | | Sold | 01/06/15 | K | A | |
| 114. Blackrock Common | B | Dividend | L | T | | | | | |
| 115. Chevron Texaco Common | B | Dividend | L | T | | | | | |
| 116. Comcast Common | A | Dividend | K | T | | | | | |
| 117. Covidien Common | A | Dividend | K | T | | | | | |
| 118. Diageo Common | A | Dividend | L | T | | | | | |
| 119. Dominion Resources Common | | None | | | Sold | 01/06/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 121. Enterprise Partners Common | | None | | | Sold | 01/06/15 | K | A | |
| 122. Estee Lauder Common | A | Dividend | K | T | | | | | |
| 123. Express Scripts Common | | None | K | T | | | | | |
| 124. Nestle Common | B | Dividend | K | T | | | | | |
| 125. National Oilwell Common | | None | | | Sold | 01/06/15 | K | A | |
| 126. Novonordisk Common | A | Dividend | K | T | | | | | |
| 127. Met Life Inc., Common | A | Dividend | K | T | | | | | |
| 128. Wisdomtree Ener. Common | A | Dividend | M | T | | | | | |
| 129. Franklin Sm Cp Fd Common Mutual Fund | B | Dividend | L | T | | | | | |
| 130. Oppenheimer Dev. Mrkts Mutual Fund | A | Dividend | L | T | | | | | |
| 131. Oak Ridge Small Cp Mutual Fund | | None | L | T | | | | | |
| 132. Pioneer Sm Cp Mutual Fund | | None | L | T | | | | | |
| 133. Templeton Foreign Equity Mutual Fund | A | Dividend | K | T | Buy | 04/07/15 | L | | |
| 134. Vodafone ADR | B | Interest | K | T | | | | | |
| 135. American Express Corporate Bonds | A | Interest | | | Sold | 02/12/15 | M | | |
| 136. Anheuser-Busch Corp. Bds | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Caterpillar Corp. Bds. | B | Interest | M | T | | | | | |
| 138. Bell South Corporate Bonds | A | Interest | | | Sold | 04/08/15 | M | | |
| 139. Dominion Resources Corporate Bonds | D | Interest | M | T | | | | | |
| 140. GE Corporate Bonds | A | Interest | | | Sold | 07/02/15 | M | | |
| 141. Goldman Sachs Corporate Bonds | D | Interest | M | T | | | | | |
| 142. Sempa Energy Corporate Bonds | D | Interest | M | T | | | | | |
| 143. Simon PPTY Gp Corp. Bds. | C | Interest | M | T | | | | | |
| 144. Yum Brand Corporate Bonds | C | Interest | M | T | | | | | |
| 145. Mineola NY Municipal Bonds | B | Interest | M | T | Buy | 11/04/15 | M | | |
| 146. Nassau County Revenue Bond Municipal Bond | B | Interest | L | T | | | | | |
| 147. Plandome NY Municipal Bonds | B | Interest | M | T | Buy | 10/07/15 | M | | |
| 148. Pennfield NY Municipal Bonds | B | Interest | M | T | Buy | 10/07/15 | M | | |
| 149. NYS Environ Bond Municipal Bond | C | Interest | L | T | | | | | |
| 150. Taconic Partners Mutual Fund X | E | Distribution | O | T | | | | | |
| 151. Altria Common (Trust) | A | Dividend | | | Sold | 12/09/15 | J | A | |
| 152. Amazon Common (Trust) | | None | J | T | | | | | |
| 153. Ametek Common (Trust) | A | Dividend | K | T | Buy | 01/14/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American Tower REIT Common (Trust) | A | Dividend | K | T | Buy | 10/01/15 | K | | |
| 155. Anadarko Pet Common (Trust) | A | Dividend | J | T | | | | | |
| 156. B B & T Holdings Common (Trust) | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 157. Blackrock Common (Trust) | A | Dividend | J | T | | | | | |
| 158. Borg Warner Common (Trust) | A | Dividend | K | T | Buy | 03/10/15 | J | | |
| 159. Cabot Oil Common (Trust) | A | Dividend | J | T | | | | | |
| 160. Celgene Common (Trust) | | None | K | T | Buy | 05/06/15 | J | | |
| 161. Cerner Corp. Common (Trust) | | None | J | T | Buy | 06/03/15 | J | | |
| 162. Chevron Common (Trust) | A | Dividend | J | T | | | | | |
| 163. Cummins Common (Trust) | A | Dividend | J | T | | | | | |
| 164. Danaher Corp. Common (Trust) | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 165. Diageo Common (Trust) | A | Dividend | J | T | | | | | |
| 166. Dominion Resources Common (Trust) | | None | | | Sold | 01/06/15 | J | A | |
| 167. Express Scripts Common (Trust) | | None | J | T | | | | | |
| 168. Exxon Common (Trust) | A | Dividend | J | T | | | | | |
| 169. Estee Lauder Common (Trust) | A | Dividend | J | T | | | | | |
| 170. Facebook Common (Trust) | | None | J | T | Buy | 12/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Fortnet Common (Trust) | | None | K | T | Buy | 06/03/15 | J | | |
| 172. IBM Common (Trust) | A | Dividend | J | T | | | | | |
| 173. JP Morgan Chase Common (Trust) | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 174. Johnson Cont. Comon (Trust) | A | Dividend | | | Sold | 12/09/15 | J | A | |
| 175. LAM Research Common (Trust) | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 176. Lowes Common (Trust) | A | Dividend | K | T | Buy | 02/18/15 | J | | |
| 177. Lululemon Common (Trust) | | None | | | Sold | 07/02/15 | J | A | |
| 178. Mastercard Common (Trust) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 179. Mead Johnson Nutrition Common (Trust) | A | Dividend | J | T | | | | | |
| 180. Merck Common (Trust) | A | Dividend | J | T | | | | | |
| 181. Microchip Common (Trust) | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 182. Mondelez Common (Trust) | A | Dividend | J | T | | | | | |
| 183. Morgan Stanley Common (Trust) | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 184. Polaris Industries Common (Trust) | A | Dividend | J | T | Buy | 04/08/15 | J | | |
| 185. Precision Cast. Common (Trust) | A | Dividend | J | T | | | | | |
| 186. Rengeron Common (Trust) | | None | K | T | Buy | 06/17/15 | K | | |
| 187. Roche Common (Trust) | A | Dividend | J | T | Buy | 11/10/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Starbucks Common (Trust) | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 189. STRATYSIS Common (Trust) | | None | J | T | Buy | 08/12/15 | J | | |
| 190. TJX Cos Common (Trust) | A | Dividend | K | T | Buy | 02/05/15 | J | | |
| 191. Trimble Nav Common (Trust) | | None | | | Sold | 10/08/15 | J | A | |
| 192. T Rowe Price Common (Trust) | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 193. United Parcel Common (Trust) | A | Dividend | J | T | | | | | |
| 194. United Tech. Common (Trust) | A | Dividend | J | T | | | | | |
| 195. Verizon Common (Trust) | A | Dividend | J | T | | | | | |
| 196. Wisdomtree Common (Trust) | A | Dividend | J | T | | | | | |
| 197. Abbott Laboratories Common (Trust) | A | Dividend | J | T | | | | | |
| 198. Alphabet Common (Trust) (See Notes) | | None | J | T | Merged (with line 205) | 10/01/15 | J | | |
| 199. American Ex. Common (Trust) | A | Dividend | J | T | | | | | |
| 200. Apple Common (Trust) | A | Dividend | J | T | | | | | |
| 201. Costco Common (Trust) | A | Dividend | J | T | | | | | |
| 202. Emerson Elec. Common (Trust) | A | Dividend | J | T | | | | | |
| 203. EMC Corp. Common (Trust) | | None | J | T | | | | | |
| 204. Gilead Sciences Common (Trust) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Google Common (Trust) (See Notes - Merged) | | None | | | | 10/01/15 | | | |
| 206. McDonald Common (Trust) | A | Dividend | J | T | | | | | |
| 207. Nike Common (Trust) | A | Dividend | J | T | | | | | |
| 208. Pepsico Common (Trust) | A | Dividend | J | T | | | | | |
| 209. Proctor & Gamble Common (Trust) | A | Dividend | J | T | | | | | |
| 210. Qualcomm Common (Trust) | A | Dividend | J | T | | | | | |
| 211. Schlumberger Common (Trust) | A | Dividend | J | T | | | | | |
| 212. Franklin Int. Sm. Growth Mutual Fund (Trust) | A | Dividend | L | T | Buy | 06/18/15 | L | | |
| 213. Oppenheimer Dev. Mrkts. Mutual Fund (Trust) | A | Dividend | K | T | Buy | 07/23/15 | K | | |
| 214. Agilent Tech Common (Trust II) | A | Dividend | J | T | | | | | |
| 215. Abbott Labs Common (Trust II) | A | Dividend | J | T | Buy | 09/14/15 | J | | |
| 216. Alphabet Common (Trust II) (See Notes - Merged) | | None | J | T | Merged (with line 276) | 10/01/15 | J | | |
| 217. Ametek Common (Trust II) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 218. Blackrock Common (Trust II) | A | Dividend | J | T | | | | | |
| 219. B B & T Corp. Common (Trust II) | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 220. Borg Warner Common (Trust II) | A | Dividend | | | Sold | 10/13/15 | J | A | |
| 221. Broadcom Common (Trust II) | A | Dividend | J | T | Buy | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 23

Name of Person Reporting

EATON, RICHARD K.

Date of Report

11/09/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Celgene Common (Trust II) | | None | J | T | Buy | 02/17/15 | J | | |
| 223. Cerner Corp. Common (Trust II) | | None | J | T | Buy | 09/21/15 | J | | |
| 224. Chevron Common (Trust II) | A | Dividend | K | T | | | | | |
| 225. Carefusion common (Trust II) | | None | | | Sold | 10/15/15 | J | A | |
| 226. Chubb Common (Trust II) | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 227. Danaher Corp. Common (Trust II) | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 228. Dow Chemical Common (Trust II) | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 229. Dupont Common (Trust II) | A | Dividend | J | T | | | | | |
| 230. Eco Lab Common (Trust II) | A | Dividend | J | T | Buy | 06/25/15 | J | | |
| 231. Estee Lauder (Trust II) | A | Dividend | | | Sold | 10/15/15 | J | A | |
| 232. Express Scripts (Trust II) | | None | J | T | | | | | |
| 233. Exxon Mobil Common (Trust II) | A | Dividend | K | T | | | | | |
| 234. Facebook CL A (Trust II) | | None | J | T | Buy | 02/11/15 | J | | |
| 235. Hengan Common (Trust II) | A | Dividend | | | Sold | 06/16/15 | J | A | |
| 236. JP Morgan Chase Common (Trust II) | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 237. LAM Networks Common (Trust II) | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 238. Lowes Common (Trust II) | A | Dividend | J | T | Buy | 05/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Lululemon Common (Trust II) | | None | | | Sold | 01/21/15 | J | A | |
| 240. IBM Common (Trust II) | A | Dividend | | | Sold | 10/13/15 | J | A | |
| 241. Mastercard Common (Trust II) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 242. Microsoft Common (Trust II) | A | Dividend | J | T | Buy | 06/16/15 | J | | |
| 243. Mead Johnson Common (Trust II) | A | Dividend | J | T | | | | | |
| 244. McKesson Corp. Common (Trust II) | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 245. Merck Common (Trust II) | A | Dividend | J | T | | | | | |
| 246. Metlife Inc. Common (Trust II) | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 247. Mondelez Common (Trust II) | A | Dividend | J | T | | | | | |
| 248. Morgan Stanley Common (Trust II) | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 249. Nestle Common (Trust II) | A | Dividend | J | T | | | | | |
| 250. Palo Alto Net. Common (Trust II) | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 251. Perrigo Co. PLC Common (Trust II) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 252. Praxair Common (Trust II) | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 253. Phillip Morris Common (Trust II) | A | Dividend | | | Sold | 12/08/15 | J | A | |
| 254. Precision Cast. Common (Trust II) | A | Dividend | | | Sold | 09/10/15 | J | A | |
| 255. Regeron Corp. Common (Trust II) | A | Dividend | J | T | Buy | 05/14/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Ralph Lauren Common (Trust II) | | None | | | Sold | 01/06/15 | K | B | |
| 257. Roche Common (Trust II) | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 258. Union Pacific Common (Trust II) | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 259. United Tech Common (Trust II) | A | Dividend | K | T | | | | | |
| 260. United Parcel Common (Trust II) | A | Dividend | J | T | Buy | 11/10/15 | J | | |
| 261. U.S. Bancorp Common (Trust II) | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 262. Verizon Common (Trust II) | A | Dividend | J | T | | | | | |
| 263. VF Corp. Common (Trust II) | A | Dividend | J | T | Buy | 06/17/15 | J | | |
| 264. Anadarko Pet. Common (Trust II) | | None | | | Sold | 01/06/15 | K | B | |
| 265. Amazon Common (Trust II) | | None | K | T | | | | | |
| 266. Apple Common Common (Trust II) | | None | K | T | | | | | |
| 267. Costco Common (Trust II) | A | Dividend | K | T | | | | | |
| 268. Cummins Common (Trust II) | A | Dividend | | | Sold | 08/17/15 | J | A | |
| 269. Pepsico Common (Trust II) | A | Dividend | K | T | | | | | |
| 270. Taiwan Semiconductor Common (Trust II) | | None | | | Sold | 01/06/15 | J | A | |
| 271. Altria Common (Trust II) | A | Dividend | | | Sold | 12/22/15 | J | B | |
| 272. American Ex Common (Trust II) | A | Dividend | | | Sold | 11/10/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Diageo Common (Trust II) | A | Dividend | K | T | | | | | |
| 274. Emerson Electric Common (Trust II) | | None | | | Sold | 01/06/15 | J | A | |
| 275. Gilead Sciences Common (Trust II) | | None | K | T | | | | | |
| 276. Google Common (Trust II) (See Notes - Merged) | | None | | | | 10/01/15 | | | |
| 277. Johnson Cont. Common (Trust II) | A | Dividend | | | Sold | 10/13/15 | K | A | |
| 278. McDonalds Common (Trust II) | A | Dividend | J | T | | | | | |
| 279. Nike Common (Trust II) | A | Dividend | K | T | | | | | |
| 280. Novo Nordisk Common (Trust II) | A | Dividend | J | T | | | | | |
| 281. Proctor & Gamble Common (Trust II) | A | Dividend | | | Sold | 10/19/15 | J | A | |
| 282. Qualcom Common (Trust II) | A | Dividend | K | T | | | | | |
| 283. Schlumberger Common (Trust II) | A | Dividend | K | T | | | | | |
| 284. Trimble Nav Common (Trust II) | | None | | | Sold | 02/11/15 | J | A | |
| 285. Wisdomtree ETF (Trust II) | B | Dividend | | | Sold | 08/19/15 | K | B | |
| 286. Vanguard ETF (Trust II) | | None | | | Sold | 06/09/15 | J | A | |
| 287. Goldman Sachs Corporate Bonds (Trust II) | A | Interest | | | Sold | 08/07/15 | L | A | |
| 288. Bellsouth Corporate Bonds (Trust II) | A | Interest | | | Sold | 08/07/15 | L | A | |
| 289. Caterpillar Corp. Bds. (Trust II) | A | Interest | | | Sold | 08/07/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.   Nassau City Municipal Bond (Trust II) | A | Interest | | | Sold | 08/07/15 | K | A | |
| 291.   NYS Environ Municipal Bond (Trust II) | A | Interest | | | Sold | 08/07/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| EATON, RICHARD K. | 11/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I resigned as a trustee of Ithaca College in December of 2013.

*Oakridge Fund dividend was reported in error in 2015 report.

On October 1, 2015, Google merged to become Alphabet.

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 11/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD K. EATON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544